# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

QUARION J. JENKINS

NO. 2024 KW 0821

**DECEMBER 4, 2024**

---

In Re:    Quarion J. Jenkins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-08-0874.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** This court has consistently held that habeas corpus is not available to contest the validity of a conviction or to have a sentence set aside. <u>See</u> **Runnels v. Louisiana Dep't of Pub. Safety & Corr.**, 2023-0524 (La. App. 1st Cir. 11/9/23), 2023 WL 7402418 (unpublished), <u>writ denied</u>, 2023-01338 (La. 1/17/24), 377 So.3d 246. The district court did not err by converting relator's pleading to an application for postconviction relief and randomly allotting it to a commissioner for consideration.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT